**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br><br>v.<br><br>BETH R. BIBBER,<br><br>DEFENDANT | **CIVIL ACTION NO.: 2:25-cv-00228-JAW**<br><br>**ATTORNEYS' FEE AFFIDAVIT OF KEVIN J. CROSMAN, ESQ.**<br><br>**(Title to Real Estate Involved)** |

I, Kevin J. Crosman, Esquire, being duly sworn, hereby depose and say as follows:

1.      I am an attorney at law authorized to practice as such before the courts of the State of Maine and have been so authorized since 2008.  I am a director, partner and employee of the law firm of Jensen, Baird, Gardner & Henry (the "Firm"), operating out of its offices located in Portland, Maine.  My practice is concentrated in, among other things, the area of creditors' rights, including foreclosure upon mortgages of property located in Maine.

2.      In my capacity as an attorney at law, I have represented the Plaintiff (the "Plaintiff") in the above-captioned case. The rates for legal services that have been rendered to the Plaintiff are based on the Fannie Mae Allowable Attorney Fee Schedule (the "FNMA Fee Schedule") for foreclosures in the State of Maine, which is commensurate with usual rates provided for the Plaintiff.  A true and accurate copy of the FNMA Fee Schedule is attached here as **Exhibit A**.

3.      The Firm's representation of the Plaintiff in connection with this case includes, but is not limited to, the following:

   a.   Review of all loan documents and title;

1

b. Drafting of complaint and prosecution of same;

c. Drafting motion for default judgment and supporting documents;

d. Preparation and receipt of communications regarding case to and from client and this Court.

4. The total attorney fees and costs due to the Plaintiff are as follows:

a. A flat fee of **$5,100.00** based on the FNMA Fee Schedule;

b. The following expenses:

| | | |
|---|---|---|
| i. | Title Search: | $350.00 |
| ii. | Service of Process: | $ 83.00 |
| iii. | Recording Fee: | $ 24.00 |
| iv. | Filing Fee: | $405.00 |
| v. | Certified Mailing: | $ 9.92 |
| vi. | Total Costs: | **$871.92** |

I declare, under penalty of perjury, that the foregoing is true and correct. Executed at Portland, Maine this March 17, 2026.

/s/ Kevin J. Crosman
Kevin J. Crosman, Bar No. 4279
Attorney for the Plaintiff

2